RECEIVED
FEB 11 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MAX MEHIGHLOVESKY | DOCKET NO. 14-CV-2756; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| LASALLE DETENTION CENTER, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's claims against **ICE** and **LaSalle Correctional** only be **DENIED** and **DISMISSED** with prejudice under 28 U.S.C. §1915(e)(2)(B) and 1915A.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 11th day of February, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT